UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARON WINT, No. 64292-007,

    Petitioner,

v.

WARDEN D. SPROUL,

    Respondent.

Case No. 24-cv-2500-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Daron Wint's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice except to the extent Wint seeks relief for the same complaints under *Bivens* or in some other civil action.

**DATED:** April 14, 2025        MONICA A. STUMP, Clerk of Court

                                        **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**